UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARLON E. SMITH, #368765,** | § |
| **Plaintiff,** | § |
| vs. | § |
| | §  **CIVIL NO. SA-23-CV-0316-JKP** |
| **BEXAR COUNTY SHERIFF'S OFFICE,** | § |
| **Defendant.** | § |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff Marlon E. Smith's claims pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Smith's claims against Bexar County Sheriff's Office are **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

SIGNED this 21st day of March, 2023.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE